UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON FORTNEY,

    Plaintiff,

  v.

DUANE LANE'S AUTO GROUP LONG TERM DISABILITY PLAN,

    Defendant.

Case No. C08-0298RSL

ORDER DENYING MOTION FOR DESIGNATION OF A MEDIATOR

This matter comes before the Court on plaintiff's motion for the Court to designate a mediator for this case pursuant to Local Rule 39.1(c)(3). Plaintiff states that despite diligent efforts, the parties have been unable to reach an agreed settlement of this matter. Plaintiff seeks the appointment of a mediator because he "is not in a position to pay the fees required by a commercial mediator." Motion at p. 2. Defendant does not oppose the motion.

Plaintiff requests that the Court designate a mediator from the Court's register to serve without compensation in this matter. However, Local Rule 39.1(c)(3) states that plaintiff should "apply to the court for the designation of a mediator" only if the parties cannot agree to the selection of a mediator. There is no indication that the parties have failed to agree to a mediator. Accordingly, plaintiff's motion for the appointment of a mediator (Dkt. #9) is DENIED.

ORDER DENYING MOTION FOR
DESIGNATION OF A MEDIATOR - 1

Instead, the parties should attempt to agree upon the selection of a mediator from the register that best suits the needs of their case. Counsel should contact the selected mediator directly. Attorney neutrals on the list maintained by the Clerk of the Court have agreed to serve as neutrals on a *pro bono* basis when appropriate. The parties may refile a motion to appoint a mediator only if they are unable to agree on a mediator or if they are unable to locate an attorney from the register willing to serve in that capacity.

DATED this 3rd day of November, 2008.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
DESIGNATION OF A MEDIATOR - 2